7209-05
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| PAUL E. KEIL and DORIANNE KEIL, his wife,<br><br>                                   Plaintiffs,<br><br>v.<br><br>90 MILES FREIGHT SERVICES, LLC, its agents, servants and/or employees; YOSBEL LIZAZO MURGUIA, Individually and acting within the scope of his employment with 90 Miles Freight Services, LLC; JOHN DOES 1-10, fictitious names; and ABC CORP. 1-10, fictitious names,<br><br>                                   Defendants, | CASE 3:17-cv-06496<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THE MATTER IN DIFFERENCE** in the above-entitled action, having been amicably adjusted by and between the parties;

**IT IS HEREBY STIPULATED** that the claims of the plaintiffs, Paul E. Keil and Dorianne Keil against the defendants, 90 Miles Freight Services, LLC and Yosbel Lizazo Murguia, be and the same are hereby dismissed with prejudice and without costs against these parties.

| | |
|---|---|
| _____<br>Michael J. O'Mara, Esquire<br>**MAYFIELD, TURNER,**<br>**O'MARA & DONNELLY, P.C.**<br>2201 Route 38, Suite 300<br>Cherry Hill, NJ  08002<br>Attorneys for Defendants, 90 Miles Freight Services, LLC and Yosbel Lizazo Murguia | _____<br>Stephen Zakos, Esquire<br>**KNAFO LAW OFFICES, LLC**<br>4201 Tilghman Street<br>Allentown, PA  18104<br>Attorneys for Plaintiffs<br>Paul Keil and Dorianne Keil |

_____
Gregory G. Gianforcaro, Esquire
80 South Main Street
Phillipsburg, NJ  08865

**SO ORDERED**: _____