RECEIVED

MAY 14 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

7209-05

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| PAUL E. KEIL and DORIANNE KEIL, his wife,<br><br>                                    Plaintiffs,<br><br>v.<br><br>90 MILES FREIGHT SERVICES, LLC, its agents, servants and/or employees; YOSBEL LIZAZO MURGUIA, Individually and acting within the scope of his employment with 90 Miles Freight Services, LLC; JOHN DOES 1-10, fictitious names; and ABC CORP. 1-10, fictitious names,<br><br>                                    Defendants, | CASE 3:17-cv-06496<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**THE MATTER IN DIFFERENCE** in the above-entitled action, having been amicably adjusted by and between the parties;

**IT IS HEREBY STIPULATED** that the claims of the plaintiffs, Paul E. Keil and Dorianne Keil against the defendants, 90 Miles Freight Services, LLC and Yosbel Lizazo Murguia, be and the same are hereby dismissed with prejudice and without costs against these parties.

_____
Michael J. O'Mara, Esquire
**MAYFIELD, TURNER,**
**O'MARA & DONNELLY, P.C.**
2201 Route 38, Suite 300
Cherry Hill, NJ 08002
Attorneys for Defendants, 90 Miles
Freight Services, LLC and
Yosbel Lizazo Murguia

_____
Stephen Zakos, Esquire
**KNAFO LAW OFFICES, LLC**
4201 Tilghman Street
Allentown, PA 18104
Attorneys for Plaintiffs
Paul Keil and Dorianne Keil

It is so ordered this 14th day
of May, 2018.

_____
Brian R. Martinotti, U.S.D.J.